IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as subrogees of COPPER BEECH TOWNHOME COMMUNITIES THIRTY SIX LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO ACUNA, JESUS CRUZ, and AUSTIN FARISS<br><br>Defendants. | CV 617-124 |

**O R D E R**

Before the Court is the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA